UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAMES CAPALBO, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-cr-00419-GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>James Capalbo</u>; Case <u>2:12-cr-00419-JAM</u> from custody and for the following reasons:

- ___ Release on Personal Recognizance

- ___ Bail Posted in the Sum of _____

- _X_ Unsecured Appearance Bond in the amount of $25,000, cosigned by defendant's friend, Mark Graham

- ___ Appearance Bond with 10% Deposit

- ___ Appearance Bond secured by Real Property

- ___ Corporate Surety Bail Bond

- _X_ (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at  <u>Sacramento, CA</u>  on  <u>2/14/2013</u>  at  3:3' p.m.

By _____
Kendall J. Newman
United States Magistrate Judge