HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES CAPALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES CAPALBO,<br><br>    Defendant. | NO. CR.S-12-419-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  September 27, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JAMES CAPALBO, that the status conference hearing date of September 13, 2013 be vacated, and the matter be set for status conference on September 27, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 27, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

/ / /

DATED:  September 17, 2013              Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                  Federal Public Defender

                                                  /s/ Matthew Scoble
                                                  MATTHEW SCOBLE
                                                  Designated Counsel for Service
                                                  Attorney for JAMES CAPALBO

DATED:  September 17, 2013              BENJAMIN WAGNER
                                                  United States Attorney

                                                  /s/ Matthew Scoble for
                                                  KYLE REARDON
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

                                                  ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 13, 2013, status conference hearing be continued to September 27, 2013, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 27, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  September 17, 2013

                                                  _____
                                                  GARLAND E. BURRELL, JR.
                                                  Senior United States District Judge