HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES CAPALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-cr-419 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | AND TO EXCLUDE TIME |
| JAMES CAPALBO, | ) ) | Date: January 31, 2014 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) ) | Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JAMES CAPALBO, that the status conference hearing date of December 13, 2013 be vacated, and the matter be set for status conference on January 31, 2014 at 2:00 p.m.

The reason for this continuance is to allow the government and defense counsel additional time to examine a possible resolution to this case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 31, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

DATED: December 11, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for JAMES CAPALBO

DATED: December 11, 2013

BENJAMIN B. WAGNER
United States Attorney

/*s/ Matthew M. Scoble for*
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 13, 2013, status conference hearing be continued to January 31, 2014, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 31, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: December 13, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge