HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
JAMES CAPALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:12-CR-00419 GEB |
| Plaintiff, ) ) | STIPULATION AND ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| vs. ) | |
| JAMES CAPALBO, ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. ) ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant James Capalbo, through their respective attorneys, that the release conditions imposed on Mr. Capalbo on February 14, 2013, may be modified as set forth below.

Since Mr. Capalbo first came under the supervision of Pre-Trial Services, he has been supporting himself as a professional poker player.  He plays in regular tournaments held in a local card room.  One such tournament occurs the second Saturday of every month, and lasts until late in the evening.  Mr. Capalbo would like to participate in this tournament, as it will allow him to significantly increase the modest income he earns as a poker player.    In order to participate in this tournament, Mr. Capalbo will need to have his curfew extended on the second Saturday of every month.  The government has no objection to this proposed change.  Pre-Trial services officer Ryan Garcia will defer to the Court's ruling.

Accordingly, the parties stipulate that the following condition may be modified as

follows:

      12.    CURFEW: You are restricted to your residence every day as directed by the pretrial services officer. You may remain away from your residence until 12:00 a.m. on the second Saturday of each month for the purpose of participating in a poker tournament.

All other conditions shall remain in force.

Dated: June 23, 2014

                              HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ MATTHEW M. SCOBLE*
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              JAMES CAPALBO

Dated: June 23, 2014

                              BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ M. Scoble for K. Reardon*
                              KYLE REARDON
                              Assistant U.S. Attorney

**O R D E R**

The release conditions previously imposed on Mr. Capalbo are modified as follows:

12. CURFEW: You are restricted to your residence every day as directed by the pretrial services officer. You may remain away from your residence until 12:00 a.m. on the second Saturday of each month for the purpose of participating in a poker tournament.

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: June 23, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE