HEATHER E. WILLIAMS, #122664
Federal Defender
Matthew M. Scoble, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
JAMES CAPALBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JAMES CAPALBO,<br><br>             Defendant. | Case № 2:12-cr-419 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:      February 13, 2015<br>TIME        9:00 a.m.<br>JUDGE:    Hon. Garland E. Burrell, Jr. |
|---|---|

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for James Capalbo, that the status conference scheduled for December 19, 2014 be vacated and be continued to February 13, 2015 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition. Additionally, the parties are working to simultaneously resolve a related matter pending now in Trinity County Superior Court. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 13, 2015, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

*Stipulation and [Proposed] Order to Continue Status Conference*

DATED: December 16, 2014

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Heather E. Williams for*
Matthew M. Scoble
Assistant Federal Defender
Attorney for JAMES CAPALBO

DATED: December 16, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ by Heather E. Williams with consent*
Michele Beckwith
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 13, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the December 19, 2014 status conference shall be continued until February 13, 2015, at 9:00 a.m.

Dated:  December 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge