BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
JOSH SIGAL
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CAPALBO,<br><br>Defendant. | 2:12-CR-00419-GEB<br><br>ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |

The Preliminary Order of Forfeiture entered March 19, 2015, is hereby made final as to defendant James Capalbo and shall be incorporated into the Judgment in a Criminal Case filed November 10, 2015.

SO ORDERED.

Dated:  November 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge