BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
JOSH F. SIGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00419-GEB |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JAMES CAPALBO, | |
| Defendant. | |

WHEREAS, on March 18, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant James Capalbo forfeiting to the United States the following property:

    a.    One Dell Dimension 8200 Desktop Computer, serial number 8WRJH11;
    b.    One Seagate Barracuda hard drive, serial number 3HS53F4Y;
    c.    One Maxtor external hard drive, serial number 661259830004; and
    d.    One Western Digital hard drive, serial number WMAP#A755760.

AND WHEREAS, beginning on March 21, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of James Capalbo.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Patrol shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: December 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge