| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender<br>RACHELLE BARBOUR, #185395 |
| 3 | Attorney<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | rachelle.barbour@fd.org |
| 6 | Attorney for Defendant<br>JAMES CAPALBO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-CR-00419-GEB |
|---|---|
| Plaintiff, | ) [proposed] ORDER TO EXONERATE |
| v. | ) UNSECURED APPEARANCE BOND |
| JAMES CAPALBO, | ) Judge: Hon. Edmund F. Brennan |
| Defendant. | ) |

Mr. Capalbo appeared as required in this case and was sentenced on October 23, 2015, to imprisonment of 24 months and 120 months of supervised release. Mr. Capalbo self-surrendered to the custody of the Bureau of Prisons on December 15, 2017. He has completed his sentence and has been released from custody. Accordingly, the Court hereby orders the Unsecured Appearance Bond co-signed by James' brother Richard Capalbo posted on the court's docket on April 1, 2013, docket number 26, be EXONERATED.

DATED: October 25, 2017

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO EXONERATE UNSECURED BOND     -1-