**FILED**
10/10/2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES CAPALBO,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00419-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL

This is to authorize and direct you to release <u>JAMES CAPALBO</u> – Case No. <u>2:12-cr-00419-DJC</u>; Charge <u>18 U.S.C. § 3606</u>– from custody for the following reasons:

　　　____ Release on Personal Recognizance

　　　____ Bail Posted in the Sum of $

　　　____ Unsecured Appearance Bond $

　　　____ Appearance Bond with 10% Deposit

　　**X**　Other:  Defendant sentenced to a term of imprisonment of TIME SERVED. Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 10/10/2024 at 9:55 AM.

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE