| | |
|---|---|
| | **FILED** |
| | 10/10/2024 |
| UNITED STATES DISTRICT COURT | CLERK, US DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00419-DJC |
| Plaintiff, | |
| v. | **AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| JAMES CAPALBO, | |
| Defendant. | |

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to release <u>JAMES CAPALBO</u> – Case No. <u>2:12-cr-00419-DJC</u>; Charge <u>18 U.S.C. § 3606</u>– from custody for the following reasons:

    \_\_\_\_    Release on Personal Recognizance

    \_\_\_\_    Bail Posted in the Sum of $

    \_\_\_\_    Unsecured Appearance Bond $

    \_\_\_\_    Appearance Bond with 10% Deposit

   **X**   Other:  Defendant sentenced to a term of imprisonment of TIME SERVED. Nevada County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 10/10/2024 at 9:55 AM.

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE